# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

TYRONE BOWDEN

________________________, )

Plaintiff (s), )

)

v. ) Case No.

)

LICOLN LIFE ASSURANCE )
CO. OF BOSTON

________________________, )

Defendant(s). )

## NOTICE OF INTENT TO USE PROCESS SERVER

Comes now Plaintiff and notifies the court of the intent to use
(Plaintiff or Defendant)

Cole County Sheriff

(name and address of process server)

350 E. High Street

Jefferson City, MO 635101

To serve: Lincoln Life Assurance Co. of Boston c/o Missouri Department of Ins. in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

/S/ Adam J. Olszeski

__________________ __________________________
(date) (attorney for Plaintiff)

__________________________
(attorney for Defendant)