IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TYRONE BOWDEN,<br><br>Plaintiff,<br><br>vs.<br><br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 4:22-cv-00804-MTS |

JOINT PROPOSED SCHEDULING ORDER

COME NOW all parties of record, by and through undersigned counsel, pursuant to the Court's Order of October 18, 2022 and hereby submit the following Joint Proposed Scheduling Plan.

1. Assignment to **Track 2** is appropriate.
2. The parties shall join any additional parties or seek leave to amend their pleadings no later than **February 3, 2023**.
3. The parties shall disclose information and exchange documents pursuant to Rule 26(a)(1) no later than **December 8, 2022**.
4. **Discovery**: Plaintiff believes he is entitled to limited discovery pertaining to the appropriate standard of review, Defendant's conflict of interest and procedural irregularities. It is Defendant's position that this case involves a straightforward claim for disability benefits under ERISA, and as such, the evidence before the Court should be limited to the administrative records and no additional discovery is permitted. In order to address this dispute, the parties propose the following:

a. Defendant shall produce a complete Bates-Numbered administrative record by **December 15, 2022**.

b. Plaintiff may file a Motion for Limited Discovery by **January 27, 2023**, to which Defendant may file its Response no by **February 17, 2023**, and Plaintiff may file a Reply by **February 24, 2023**.

c. Any and all permitted discovery shall be finalized by **November 30, 2023**.

d. The presumptive limits of **ten** (ten) depositions per side as set forth in Rule 30(a)(2)(A) Fed.R.Civ. P. shall apply int his case. Defendant argues that no depositions will be necessary in this matter.

e. The Presumptive limit of **twenty-five** (25) interrogatories per side as set forth in Rule 33(a), Fed.R.Civ.P. shall apply in this Case. Defendant argues that no discovery will be necessary int his matter aside from the produce of the Bates-numbered administrative record.

5. Any motions to dismiss or motions for summary judgment shall be filed no later than **October 27, 2023**. Response to motions for summary judgment shall be filed no later than **November 17, 2023**. Replies in support of motions for summary judgment shall be filed no later than **November 28, 2023**.

6. The parties agree that mediation may be beneficial and request a referral to mediation beginning **January 10, 2023**.

7. The case is set for Bench Trial on _______________.

8. The parties estimate the length of time to try this case to verdict will be **One – Two** days.

Respectfully submitted,

**GALLAGHER DAVIS, L.L.P.**

*/s/ Adam J. Olszeski*
Matthew R. Davis, #MO58205
Adam J. Olszeski, #MO66126
2333 S. Hanley Road
St. Louis, Missouri 63144
(314) 725-1780
Fax: (314) 725-0101
matt@gallagherdavis.com
adam@gallagherdavis.com

*Attorneys for Plaintiff*

Law Offices of Iwana Rademaekers

By:***/s/ Iwana M. Rademaekers***
Iwana M. Rademaekers, 16452560
Law Offices of Iwana Rademaekers
17304 Preston Road, Suite 800
Dallas, Texas 75252
PH: (214) 579-9319
Email: iwana@rademaekerslaw.com

*Attorneys for Defendant*