**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **TYRONE BOWDEN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:22-CV-00804-MTS |
| | ) | |
| **THE LINCOLN NATIONAL** | ) | |
| **LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| Defendant. | ) | |

**<u>PLAINTIFF'S MOTION FOR DISCOVERY</u>**

COMES NOW Plaintiff, by and through undersigned Counsel, and for his Motion for Discovery states as follows:

1. The Parties disagree on the scope of discovery in this ERISA action and the Court ordered the Plaintiff to file a Motion for Discovery.

2. Plaintiff Files a Memorandum of Law in Support of this Motion and incorporates the same herein by reference.

WHEREFORE, Plaintiff Tyrone Bowden prays this Court enter an Order permitting the discovery sought in Plaintiff's Memorandum of Law in Support of His Motion for Discovery, and for all other relief this Court deems just and proper at this time.

Respectfully submitted,

**GALLAGHER DAVIS, L.L.P.**

*/s/ Adam J. Olszeski*
Matthew R. Davis #MO58205
Adam J. Olszeski #MO66126
Gallagher Davis, LLP
2333 S. Hanley Road
St. Louis, MO 63144
(314) 725-1780
(314) 725-0101 Fax
matt@gallagherdavis.com
adam@gallagherdavis.com

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on 27th day of January 2023 a copy of the foregoing was served via the Court's electronic filing system, upon all counsel of record.

*/s/Adam J. Olszeski*