GALLAGHER DAVIS

Attorneys at Law

2333 South Hanley Road St. Louis, MO 63144 Office: 314-725-1780 Fax: 314-725-0101

January 26, 2022

Ms. Lindsay Mack
Lincoln Financial Group
P.O. Box 2578
Omaha, Nebraska 68172-9688
Fax: (603) 334-5711

RE: My Client: Tyrone Bowden
Your Claim No.: 10002183
BJC HealthCare System
Long Term Disability (LTD) Benefits

Dear Ms. Mack,

This letter serves to notify you of supplemental medical records regarding our client Mr. Tyrone Bowden. The documents can be found on the enclosed CD. Please consider them in your evaluation of his appeal.

If you have any questions regarding the attached documents, please do not hesitate to contact me.

Very truly yours,

Adam J. Olszeski

AJO/amf